**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**REBECCA SUE YOUNG,**

        **Plaintiff,**

   **v.**                                    **7:13-CV-734**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Law Offices of Steven R. Dolson<br>126 North Salina Street, Suite 3B<br>Syracuse, NY 13202<br>Counsel for Plaintiff | Steven R. Dolson, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | MONIKA K. CRAWFORD, Esq.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 16th day of June 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is reversed and this case is remanded, pursuant to sentence four of 42 U.S.C. §405(g), for a proper determination of plaintiff's residual functional capacity and credibility, and other further proceedings, consistent with the Report-Recommendation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 8, 2014
      Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge